UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

AUDRA A. HARMON,

                                        Plaintiff,

                -vs-

COUNTY OF ONONDAGA, ONONDAGA COUNTY
SHERIFF'S DEPARTMENT, KEVIN WALSH,
ONONDAGA COUNTY SHERIFF, in his
official capacity, DEPUTY SEAN ANDREWS,
Individually and in his official capacity,

                                        Defendants.

---

**STIPULATION OF
DISCONTINUANCE**

**09-CV-1050**

SIRS:

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a party

has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is

discontinued, with prejudice, without costs or attorney's fees to either party as against the other.

        This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  1-4-10                          Dated: 12-18-09

KAREN A. BLESKOSKI, ESQ.               TERRANCE J. HOFFMANN. ESQ.
Deputy County Attorney                 Attorney for Plaintiff
Attorney for County Defendants         Hoffmann, Hubert & Hoffmann, LLP
Onondaga County Dept. of Law           4629 Onondaga Blvd.
421 Montgomery Street                  Syracuse, NY 13219
10th Floor Civic Center                IT IS SO ORDERED:
Syracuse, NY 13202

                                       David E. Peebles
                                       U.S. Magistrate Judge
                                       Dated:    January 7, 2010
                                                 Syracuse, NY